UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONI STRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOLLAND AMERICA LINE, INC., et al., <br><br> Defendants. | C16-852 TSZ <br> (consolidated with C16-981 TSZ) <br><br> ORDER |
| ZIONS TRUST, et al. <br><br> Plaintiffs, <br><br> v. <br><br> HOLLAND AMERICA LINE, INC., et al., <br><br> Defendants. | |

Counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. All pending motions and all remaining deadlines are STRICKEN.

ORDER - 1

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 25th day of January, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 2